**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01379-BNB

ELDRIDGE L. GRIFFIN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
MS. BETH McCANN, Attorney General,
TOM CLEMENTS, Executive Director of D.O.C.,
CASE MANAGER BELL, Territorial,
RAIDAH SHEPARD (D.R.D.C.), and
PAROLE OFFICER ROBERTS, Parole Officer,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion (ECF No. 7) asking the Court either for copies of the exhibits he submitted to the court with the Prisoner Complaint (ECF No. 1) filed on May 25, 2012, or to return to him the original exhibits he submitted, is GRANTED as follows: the clerk of the Court is directed to mail to Plaintiff, together with a copy of this minute order, the original exhibits Plaintiff submitted to the court on May 25, 2012. However, Plaintiff is advised to retain copies of any documents he files with the court in the future because the court's electronic filing system does not allow the court to maintain paper copies.

Dated:  June 25, 2012