**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01379-BNB

ELDRIDGE L. GRIFFIN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
MS. BETH McCANN, Attorney General,
TOM CLEMENTS, Executive Director of D.O.C.,
CASE MANAGER BELL, Territorial,
RAIDAH SHEPARD (D.R.D.C.), and
PAROLE OFFICER ROBERTS, Parole Officer,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion to Strike Amended Complaint (ECF No. 10), in which Plaintiff asks to withdraw the amended complaint he previously filed, is GRANTED and the Court will not consider the amended complaint (ECF No. 6) filed in this action on June 18, 2012.

    Plaintiff's Motion for Extension of Time (ECF No. 11) is GRANTED as follows: Plaintiff shall have up to and including **August 1, 2012**, to file an amended complaint as directed in the court's May 31, 2012 Order Directing Plaintiff to File Amended Complaint (ECF No. 5).

Dated:  June 29, 2012