IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01379-BNB

ELDRIDGE L. GRIFFIN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor, State of Colorado,
TOM CLEMENTS, Executive Director of Department of Corrections,
PAROLE OFFICER ROBERTS, Division Adult Parole, and in personal and official
    capacity,
RAIDAH SHEPARD, MD, Denver Reception Diagnostic Center, and in personal and
    official capacity,
AMY COSNER, Legal Services, Department of Correction, and in personal and official
    capacity,
BERNADETTE SCOTT, ADA Facility Coordinator, SCF, and in personal and official
    capacity, and
JANE AND JOHN DOE, Unknown Individuals, Nurse DRDC,

    Defendants.

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

    Plaintiff, Eldridge L. Griffin, is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility in Sterling, Colorado. On August 9, 2012, the court ordered Mr. Griffin to show cause why this action should not be dismissed for failure to comply with the filing fee payment requirements of 28 U.S.C. § 1915(b)(2). Mr. Griffin specifically was advised that, in order to show good cause, he must submit a certified copy of his inmate trust fund account statement for the period from May through July 2012 and, if he was required to make a filing fee payment in any of those months, he also must make the required monthly filing fee payment(s).

On August 23, 2012, Mr. Griffin submitted a certified copy of his inmate trust fund account statement that indicates he has had a negative balance in his inmate trust fund account for the entire period from May 1, 2012, through July 31, 2012.  Therefore, the court finds that Mr. Griffin has shown good cause for his failure to make any monthly filing fee payments between June 2012 and August 2012 and the Order to Show Cause will be discharged.  However, Mr. Griffin is reminded that even if he is unable to make monthly filing fee payments in the future he still must submit a certified copy of his inmate trust fund account statement each month in order to show cause why he is unable to make a monthly filing fee payment.  Accordingly, it is

ORDERED that the court's Order to Show Cause (ECF No. 15) filed in this action on August 9, 2012, is discharged.

DATED September 4, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge