**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01379-BNB

ELDRIDGE L. GRIFFIN,

    Plaintiff,

v.

JOHN HICKENLOOPER, Governor,
MS. BETH McCANN, Attorney General,
TOM CLEMENTS, Executive Director of D.O.C.,
CASE MANAGER BELL, Territorial,
RAIDAH SHEPARD (D.R.D.C.), and
PAROLE OFFICER ROBERTS, Parole Officer,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for Accommodations for ADA When in the Hole" (ECF No. 18) is DENIED without prejudice because it appears the motion is merely a copy of a motion filed in a different case.

Dated:  September 5, 2012