IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-01379-WJM-MJW

ELDRIDGE L. GRIFFIN,

Plaintiff,

v.

AMY COSNER, Legal Services, Department of Corrections,
   and in personal and official capacity; and
BERNADETTE SCOTT, ADA Facility Coordinator, SCF,
   and in personal and official capacity,

Defendants.

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF(S)

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge, entered by Judge William J. Martinez on September 11, 2012.

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> October 15, 2012 at 11:00 A.M.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

FURTHER, it is ORDERED that the Plaintiff shall appear telephonically and the plaintiff's case manager shall make the appropriate arrangements to permit his

attendance at the Scheduling Conference and shall contact the court by calling the Court at (303) 844-2403.

THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

FURTHER, it is ORDERED that plaintiff(s) shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 12th day of September, 2012.

BY THE COURT:
s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge