IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01379-WJM-MJW

ELDRIDGE L. GRIFFIN,

Plaintiff,

v.

AMY COSNER, Legal Services, Department of Corrections,
    and in personal and official capacity; and
BERNADETTE SCOTT, ADA Facility Coordinator, SCF,
    and in personal and official capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Accommodations for ADA When in the Hole (docket no. 26) is MOOT and therefore DENIED.

    The Pro Se Incarcerated Plaintiff was transferred from SCF to BCCF on October 16, 2012.  On October 22, 2012, Plaintiff arrived at BCCF where he is housed in general population.  The Pro Se Incarcerated Plaintiff is no longer at SCF "in the hole."

Date: November 1, 2012