IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01379-WJM-MJW

ELDRIDGE L. GRIFFIN,

Plaintiff,

v.

AMY COSNER, Legal Services, Department of Corrections,
        and in personal and official capacity; and
BERNADETTE SCOTT, ADA Facility Coordinator, SCF,
        and in personal and official capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to: Include Supporting Facts (Docket No. 65) is GRANTED.  The court will consider the additional supporting facts contained in the subject motion in making a determination on plaintiff's Motion to Amend (Docket No. 54).

Date: January 28, 2013