IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01379-WJM-MJW

ELDRIDGE L. GRIFFIN,

Plaintiff,

v.

AMY COSNER, Legal Services, Department of Corrections,
    and in personal and official capacity; and
BERNADETTE SCOTT, ADA Facility Coordinator, SCF,
    and in personal and official capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to: Amend Complaint and Sanction Defendants (Docket No. 54) is GRANTED IN PART and DENIED IN PART. Plaintiff's request to amend his complaint is GRANTED insofar as the court will consider any additional *factual allegations* included in the subject motion when making its recommendation on defendants' Motion to Dismiss (Docket No. 46). Plaintiff's request for sanctions against defendants is DENIED for the reasons set forth in defendants' response (Docket No. 61) to the subject motion. The requested sanctions are either moot or cannot be properly brought in the manner sought by plaintiff.

Date: April 16, 2013