**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-1379-WJM-MJW

ELDRIDGE L. GRIFFIN,

      Plaintiff,

v.

AMY COSNER, and
BERNADETTE SCOTT

      Defendants.

---

**ORDER ADOPTING MAY 14, 2013 RECOMMENDATION OF MAGISTRATE JUDGE
AND GRANTING DEFENDANTS' MOTION TO DISMISS**

---

This matter is before the Court on the May 14, 2013 Recommendation of United States Magistrate Judge Michael J. Watanabe (the "Recommendation") (ECF No. 76) that Defendants' Motion to Dismiss (ECF No. 46) be granted.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 76 at 8-9.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)

("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)  The Magistrate Judge's Recommendation (ECF No. 76) is ADOPTED in its entirety;

(2)  Defendants' Motion to Dismiss (ECF No. 46) is GRANTED;

(3)  Plaintiff's Amended Complaint (ECF No. 14) is DISMISSED WITH PREJUDICE; and

(4)  The Clerk of the Court is DIRECTED to enter judgment in favor of Defendants. Defendants shall have their costs.

Dated this 4th day of June, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge