## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No.   12-cv-01379-WJM-MJW

ELDRIDGE L. GRIFFIN,

    Plaintiff,

v.

AMY COSNER, and
BERNADETTE SCOTT,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case; and the Order Adopting May 14, 2013 Recommendation of Magistrate Judge And Granting Defendants' Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on June 4, 2013,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 76) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 46) is GRANTED.

IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendants and against the Plaintiff and Plaintiff's Amended Complaint (ECF No. 14) is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants are awarded costs pursuant to the Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 upon the filing of a Bill of Costs with

the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this 6th day of June, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler

Edward P. Butler, Deputy Clerk